UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave., SE #231<br>Washington, D.C. 20003<br><br>*Plaintiff,*<br><br>v.<br><br>SEAN S. CAIRNCROSS, in his official capacity as National Cyber Director,<br>1600 Pennsylvania Avenue NW, Washington, D.C. 20500<br><br>and<br><br>RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br>1600 Pennsylvania Avenue NW, Washington, D.C. 20500<br><br>*Defendants.* | Civil Action No. 1:26-cv-558 |

# COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the heads of the Office of the National Cyber Director and the Office of Management and Budget to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. Defendant, Sean S. Cairncross, in his capacity as the U.S. National Cyber Director, is the head of the Office of the National Cyber Director ("ONCD"), an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 1600 Pennsylvania Avenue NW, Washington, D.C. 20500, and has possession and control of the records AFL seeks.

6. Defendant, Russell T. Vought, is Director of the Office of Management and Budget ("OMB"), an "agency" within the meaning of 5 U.S.C. § 552(f), with its

offices located at 1600 Pennsylvania Avenue NW, Washington, D.C. 20500, and has possession and control of the records AFL seeks.

## FACTS

7. On December 9, 2025, AFL filed a FOIA request with the Office of the National Cyber Director seeking records related to the Biden Administration's Misinformation, Disinformation, and Malinformation ("MDM") policies. Exhibit 1.

8. On the same day, AFL filed a similar FOIA request with the Office of Management and Budget. Exhibit 2.

9. On December 15, 2025, ONCD acknowledged AFL's FOIA request, assigned it tracking number 26-F-103, and denied AFL's request for expedited processing. Exhibit 3.

10. As of the date of filing, AFL has received no further communications from ONCD.

11. On December 10, 2025, OMB acknowledged AFL's FOIA request and assigned it tracking number 2026-238. Exhibit 4.

12. As of the date of filing, AFL has received no further communications from OMB.

## CLAIM
### Violation of FOIA, 5 U.S.C. § 552

13. AFL repeats and realleges paragraphs 1–12.

14. AFL properly requested records within the possession, custody, and control of the Defendants.

15. The Defendants have failed to produce the requested records within the statutory time limit.

16. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

17. Additionally, in each instance, AFL sufficiently demonstrated that expedited processing was appropriate by citing the widespread media interest in these issues.

18. Yet, the Defendants failed to comply with the FOIA and their own regulations by denying AFL's requests for expedited processing.

19. Accordingly, the Defendants have violated the FOIA.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendants to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendants to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv. Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v. Grant AFL such other and further relief as this Court deems proper.

February 19, 2026                    Respectfully submitted,

  /s/ *Robert A. Crossin*
Robert A. Crossin (DC Bar #90036740)
Trey Donathan (NC Bar #63878)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org
trey.donathan@aflegal.org

\* Motion *pro hac vice* forthcoming

*Counsel for Plaintiff*