Use the Tab key to move from field to field on this form.

CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICA FIRST LEGAL FOUNDATION )
)
)
Plaintiff )
vs ) Civil Action No. 1:26-cv-558
SEAN S. CAIRNCROSS, in his official capacity as National Cyber Director; RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget, )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for AMERICA FIRST LEGAL FOUNDATION certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AMERICA FIRST LEGAL FOUNDATION which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

[signature]
Signature

D.C. Bar No. 90036740
BAR IDENTIFICATION NO.

Robert A. Crossin
Print Name

611 Pennsylvania Avenue SE #231
Address

Washington, DC 20003
City State Zip Code

(202) 596-9846
Phone Number