UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN S. CAIRNCROSS, et. al.,<br><br>Defendants. | Civil Action No. 26-0558 (DLF) |

# **ANSWER**

Defendants Sean S. Cairncross, in his official capacity as Director of the Office of the National Cyber Director ("ONCD"), and Russell T. Vought, in his official capacity as Director of the Office of Management and Budget ("OMB") (collectively, "Defendants") respectfully submit the following Answer to Plaintiff's Complaint filed on February 19, 2026 (ECF No. 1) in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") action. Defendants reserve the right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants through the course of the litigation.

Defendants respond to the numbered paragraphs and requested relief contained in the Complaint. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents in response; however, Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendants expressly deny all allegations in the Complaint, including the relief sought, that are not specifically admitted in this Answer. Defendants respond to the Complaint in like numbered paragraphs as follows:

1. This paragraph consists of Plaintiff's characterization of the present action to which no response is required.

**JURISDICTION AND VENUE**[1]

2. This paragraph contains legal conclusions regarding jurisdiction, to which no response is required. To the extent that a response is deemed required, Defendants admit that jurisdiction is proper in this judicial district subject to the terms, conditions, and limitations of the FOIA.

3. This paragraph contains legal conclusions regarding venue, to which no response is required. To the extent a response is deemed required, Defendants admit that venue is proper in this judicial district for actions brought under the FOIA.

**PARTIES**

4. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph .

5. Defendant Sean S. Cairncross admits he is the National Cyber Director within ONCD and denies ONCD's headquarters are located at 1600 Pennsylvania Avenue NW, Washington, D.C. 20500. ONCD admits it is an "agency" within the meaning of FOIA The remaining allegations in this paragraph assert conclusions of law to which no response is required.

6. Defendant Russell T. Vought admits that he is the Director of the Office of

[1] For ease of reference, Defendants replicate the headings contained in the Complaint. No response is required to such headings. Fed. R. Civ. P. 10(b). To the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

Management and Budget and denies that OMB's headquarters are located at 1600 Pennsylvania Avenue, NW, Washington, D.C. 20500. OMB admits it is an "agency" within the meaning of the FOIA. The remaining allegations in this paragraph assert conclusions of law to which no response is required..

**FACTS**

7. ONCD admits it received a FOIA request from Plaintiff dated December 9, 2025, and that a copy of the request is attached to the Complaint (ECF No. 1-1). ONCD respectfully refers the Court to the request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

8. OMB admits it received a FOIA request from Plaintiff dated December 9, 2025, and that a copy of the request is attached to the Complaint (ECF No. 1-2). OMB respectfully refers the Court to the request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

9. ONCD admits that it acknowledged Plaintiff's FOIA request by letter dated December 15, 2025, and that a copy of that letter is attached to the Complaint (ECF No. 1-3). ONCD respectfully refers the Court to the acknowledgment letter for a complete and accurate statement of its contents and denes any allegations inconsistent therewith.

10. ONCD admits that, as of the date of the Complaint, it had not communicated further with Plaintiff regarding this request.

11. OMB admits that it acknowledged Plaintiff's FOIA request by email dated December 10, 2025, and that a copy of that email is attached to the Complaint (ECF No. 1-4). OMB respectfully refers the Court to that email for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

12. OMB admits that, as of the date of the Complaint, it had not communicated further with Plaintiff regarding this request.

**CLAIM**

**Violation of FOIA, 5 U.S.C. § 552**

13. Defendants incorporate by reference all responses to all proceeding paragraphs as if fully set forth herein.

14. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendants admit they each received a FOIA request from Plaintiff dated December 9, 2025.

15. This paragraph contains legal conclusions to which no response is required.

16. This paragraph contains legal conclusions to which no response is required.

17. This paragraph contains legal conclusions to which no response is required.

18. This paragraph contains legal conclusions to which no response is required. To the extent any response is required, the allegations are denied.

19. This paragraph contains legal conclusions to which no response is required. To the extent any response is required, the allegations are denied.

**PRAYER FOR RELIEF**

The remainder of the Complaint consists of Plaintiff's request for relief to which no response is required. To the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the requested relief. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants assert a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.

## DEFENSES

In further response to the Complaint, Defendants assert the following defenses. Defendants reserve the right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation, including any defenses available pursuant to Federal Rules of Civil Procedure 8 and 12.

### FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA, 5 U.S.C. § 552(b), the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

### SECOND DEFENSE

Defendants have not improperly withheld records requested by Plaintiff under the FOIA. 5 U.S.C. § 552(b).

### THIRD DEFENSE

Plaintiff failed to name the proper Defendants in its Complaint.

### FOURTH DEFENSE

Plaintiff failed to properly request records within the possession, custody, and control of the Defendants named in its Complaint.

### FIFTH DEFENSE

Plaintiff's FOIA requests are not valid requests to the extent they do not reasonably describe the records sought or would be unduly burdensome to process.

### SIXTH DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

**SEVENTHTH DEFENSE**

Plaintiff is neither eligible nor entitled to attorney's fees or costs in this matter.

**EIGHTH DEFENSE**

Plaintiff is not entitled to seek expedited processing under 5 U.S.C. § 552(a)(6)(E) and has failed to comply with the statutory requirements for seeking expedited processing.

Dated: March 23, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Derrick A. Petit_*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*