IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN S. CAIRNCROSS, et. al.,<br><br>Defendants. | Civil Action No. 26-0558 (DLF) |

**FIRST JOINT STATUS REPORT**

Pursuant to the Court's March 23, 2026 Minute Order, Plaintiff, America First Legal Foundation, and Defendants Sean S. Cairncross, in his official capacity as Director of the Office of the National Cyber Director ("ONCD"), and Russell T. Vought, in his official capacity as Director of the Office of Management and Budget ("OMB") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's December 9, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking emails related "the Biden Administration's Misinformation, Disinformation, and Malinformation ("MDM") policies." *See* Compl. (ECF No. 1) ¶ 7. Plaintiff filed this action on February 19, 2026, *see id*. and Defendant filed its answer on March 23, 2026, *see* Answer (ECF No. 11).

ONCD reports the following: ONCD has conducted an initial search for documents pursuant to Plaintiff's December 9, 2025 FOIA request. The search returned approximately 12,430 documents.

OMB reports the following: OMB has conducted an initial search for documents responsive to Plaintiff's December 9, 2025 FOIA request. The search returned approximately 17,400 documents.

Due to the volume of documents returned pursuant to the initial search results, ONCD and OMB are preparing narrowing proposals, which Plaintiff indicates it is open to discussing. Defendants will have a better sense of when they can begin processing records and establishing anticipated dates of release after narrowing discussions.

The Parties further propose that they file a joint status report in sixty days, on or before June 12, 2026, and every sixty days thereafter, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

April 13, 2026

/s/*Robert A. Crossin*
Robert A. Crossin
DC Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*