IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>Plaintiff,<br>v.<br>SEAN S. CAIRNCROSS, et. al.,<br>Defendants. | Civil Action No. 26-0558 (DLF) |

# SECOND JOINT STATUS REPORT

Pursuant to the Court's March 23, 2026 Minute Order, Plaintiff, America First Legal Foundation, and Defendants Sean S. Cairncross, in his official capacity as Director of the Office of the National Cyber Director ("ONCD"), and Russell T. Vought, in his official capacity as Director of the Office of Management and Budget ("OMB") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's December 9, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking emails related "the Biden Administration's Misinformation, Disinformation, and Malinformation ("MDM") policies." *See* Compl. (ECF No. 1) ¶ 7. Plaintiff filed this action on February 19, 2026, *see id*. and Defendant filed its answer on March 23, 2026, *see* Answer (ECF No. 11).

ONCD reports the following: ONCD previously reported that it had conducted a search pursuant to Plaintiff's December 9, 2025 FOIA request. The search returned approximately 12,430 documents. ONCD has since segregated the search results to those specific to parts 2 through 4 of Plaintiff's FOIA request. Absent de-duplication or removal of news articles and non-responsive records, the segregated search results specific to parts 2 through 4 returned 323 documents.

However, part 1 of Plaintiff's FOIA request requires significant narrowing for ONCD to process the request as it encompasses over 10,000 documents.

OMB reports the following: OMB previously reported that it had conducted a search in response to Plaintiff's December 9, 2025 FOIA request and located a total of approximately 17,400 documents. OMB has since segregated the search results to only those communications to or from the organizations listed in Plaintiff's FOIA request. Absent de-duplication or removal of news articles and non-responsive records, the segregated search results returned approximately 2,600 documents. OMB's processing of these documents would take more than three years to complete.

Due to the high volume of documents returned from these searches, even following the segregation of search results, ONCD and OMB request additional time in order for the Parties to confer on narrowing proposals, which Plaintiff indicates it is open to discussing. Defendants will have a better sense of when they can begin processing records and establishing anticipated dates of release after narrowing discussions.

The Parties further propose that they file a joint status report in sixty days, on or before August 17, 2026, and every sixty days thereafter, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

June 18, 2026

/s/*Robert A. Crossin*
Robert A. Crossin
DC Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*