UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN S. CAINCROSS, *et al.*,<br><br>Defendants. | Civil Action No. 26-0558 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 14, 2026, Plaintiff, America First Legal Foundation, and Defendants Sean S. Cairncross, in his official capacity as Director of the Office of the National Cyber Director ("ONCD"), and Russell T. Vought, in his official capacity as Director of the Office of Management and Budget ("OMB") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's December 9, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking emails related "the Biden Administration's Misinformation, Disinformation, and Malinformation ("MDM") policies." See Compl. (ECF No. 1) ¶ 7. Plaintiff filed this action on February 19, 2026, *see id.*, and Defendants filed their answer on March 23, 2026, *see* Answer (ECF No. 11).

ONCD reports the following: ONCD previously reported that it had conducted a search pursuant to Plaintiff's December 9, 2025 FOIA request, that the search returned approximately 12,430 documents, and that ONCD had segregated the search results to those specific to parts 2 through 4 of Plaintiff's FOIA request which, absent de-duplication or removal of news articles and non-responsive records, returned 323 documents. ONCD has now reviewed the 323

potentially responsive documents and identified those that are responsive (108 documents). Those documents currently are undergoing a review process for any applicable redactions. ONCD does not yet have an estimate as to when that process will be completed.

As previously reported, part 1 of Plaintiff's FOIA request requires significant narrowing for ONCD to process the request as it encompasses over 10,000 documents. Counsel for the parties conferred by telephone on September 14, 2026, to discuss potential options for narrowing. Counsel for Plaintiff indicated during that conferral that Plaintiff would make a narrowing proposal shortly.

OMB reports the following: OMB previously reported that it had conducted a search in response to Plaintiff's December 9, 2025 FOIA request and located a total of approximately 7,400 documents, that OMB had segregated the search results to only those communications to or from the organizations listed in Plaintiff's FOIA request, and that absent de-duplication or removal of news articles and non-responsive records, the segregated search results returned approximately 2,600 documents. As that volume would require several years to process, the OMB request also was addressed in the parties' narrowing discussion and Defendants understand that Plaintiff also will be making a narrowing proposal shortly with respect to that request.

The Parties propose that they file a joint status report in sixty days, on or before November 16, 2026, and every sixty days thereafter, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
DERRICK A. PETIT D.C. BAR #144466

Assistant United States Attorneys
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for the United States of America*

And

By: /s/ Robert A. Crossin

Robert A. Crossin
DC Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org

*Counsel for Plaintiff*